**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT STONE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-CV-01703-CAB |
| v. | ) | |
| | ) | Hon. Christopher A. Boyko |
| STERLING INFOSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robert Stone ("Stone") and Defendant Sterling Infosystems, Inc. ("Sterling"), by and through their undersigned counsel, hereby stipulate:  (a) to the voluntary dismissal with prejudice of any and all purported individual claims belonging to Stone against Sterling; and (b) to the voluntary dismissal without prejudice of any and all purported class claims belonging to Stone against Sterling.  This dismissal is without an award of attorneys' fees, interest, or costs to any party as between Stone and Sterling.

IT IS SO ORDERED.
s/ Christopher A. Boyko

_____

CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2017

/s/ Peter R. Dion-Kindem
Katherine Connor Ferguson (0079207)
Catherine A. Jopling (0086669)
**KOOPERMAN MENTEL FERGUSON
    YAROSS, LTD.**
100 S. 4th Street, Suite 100
Columbus, OH  43215
Telephone: 614.344.4840
Email: kferguson@kmfylaw.com
          cjopling@kmfylaw.com

Jeff Holmes (admitted *pro hac vice*)
**HOLMES LAW GROUP, APC**
3311 East Pico Boulevard
Los Angeles, CA  90023
Telephone: 310.396.9045
Email: jeffholmesjh@gmail.com

Lonnie C. Blanchard, III (admitted *pro hac
vice*)
**THE BLANCHARD LAW GROUP**
3311 East Pico Boulevard
Los Angeles, CA  90023
Telephone: 213.599.8255
Email: lonnieblanchard@gmail.com

Peter R. Dion-Kindem (admitted *pro hace
vice*)
**PETER R. DION-KINDEM, P.C.**
21550 Oxnard St., Suite 900
Woodland Hills, CA  91367
Telephone: 818.883.4900
Email: peter@dion-kindemlaw.com

*Attorneys for Plaintiff Robert Stone*

Respectfully submitted,

/s/Thomas B. Walsh, IV
Steven H. Stodghill (admitted pro hac vice)
Thomas B. Walsh, IV (admitted pro hac vice)
M. Brett Johnson (admitted pro hac vice)
John C.C. Sanders, Jr. (admitted pro hac vice)
**WINSTON & STRAWN LLP**
2501 N. Harwood Street, 17th Floor
Dallas, Texas 75201
Telephone:     214.453-6500
Facsimile:      214.453-6400
E-Mail:         sstodghill@winston.com
                twalsh@winston.com
                mbjohnson@winston.com
                jsanders@winston.com

Geoffrey S. Harper (admitted pro hac vice)
**FISH & RICHARDSON P.C.**
1717 Main Street
Suite 500
Dallas, Texas 75201
Telephone:     214.747-5070
Facsimile:      214.747-2091
E-Mail:         harper@fr.com

-and-

Joseph A. Castrodale (Ohio Bar No. 0018494)
Andrew G. Fiorella (Ohio Bar No. 0077005)
**BENESCH, FRIEDLANDER,
        COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio  44114-2378
Telephone:     216.363.4500
Facsimile:      216.363.4588
E-Mail:         jcastrodale@beneschlaw.com
                afiorella@beneschlaw.com

*Attorneys for Defendant
Sterling Infosystems, Inc.*